IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PFLIPSEN, | § | |
| *Plaintiff*, | § | 5-20-CV-00497-RBF |
| vs. | § | |
| PBH, INC., | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the status of the above-referenced case, which is assigned for disposition upon the parties' consent to U.S. Magistrate Judge jurisdiction, pursuant to 28 U.S.C. § 636(c). *See* Dkt. Nos. 9-11. On March 24, 2021, the Court held a hearing at which all parties appeared through counsel of record. For the reasons stated on the record at the March 24, 2021, hearing, **IT IS ORDERED THAT:**

This case is **STAYED** for a period of **90 days** from the date of this Order. Before or upon the expiration of the 90-day period, the parties shall file a joint written advisory indicating the current status of this case and how they desire to proceed with it.

In light of the stay, the parties' Joint Motion to Extend Scheduling Deadlines, Dkt. No. 18, is **DISMISSED AS MOOT**. In the event the parties' settlement discussions end in impasse and the Court decides to lift the stay, the parties may renew their request to extend scheduling order deadlines at the appropriate time.

**IT IS SO ORDERED**.

SIGNED this 31st day of March, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE