IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PFLIPSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:20-cv-497-RBF |
| PBH, INC. d/b/a BANDERA CROSSING, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff RYAN PFLIPSEN ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

          Respectfully submitted,

          **KURZ LAW GROUP, LLC**
          4355 Cobb Parkway, SE, Suite J-285
          Atlanta, GA 30339
          www.kurzlawgroup.com
          (404) 805-2494 Telephone
          (770) 428-5356 Facsimile

By: */s/ Dennis R. Kurz*
      Dennis R. Kurz
      Texas State Bar No. 24068183
      dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 I hereby certify that on the 27th day of August, 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Mark A. Sanchez, Esq.
SANCHEZ & WILSON, PLLC
6243 W. IH 10, Suite 1025
San Antonio, Texas 78201
mas@sanchezwilson.com
*Attorney for Defendant*

                */s/ Dennis R. Kurz*
                Dennis R. Kurz