IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:20-cv-497-RBF |
| PBH, INC. d/b/a BANDERA ) | |
| CROSSING, ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING CONSENT DECREE AND**
**DISMISSAL OF DEFENDANTS WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 25]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.   The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2.   The Court hereby APPROVES the Consent Decree, Defendant, PBH, INC. d/b/a BANDERA CROSSING is hereby DISMISSED WITH PREJUDICE.

3.   The Court Retains jurisdiction to enforce the Consent Decree for twelve (12) months within the date of this Order.

4.   Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this  10th  day of November, 2021.

_____
**RICHARD B. FARRER**
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION